Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of CORNELIUS VINE, Respondent, for Compensation under the Workmen's Compensation Law, v. WEST END PRESBYTERIAN CHURCH, His Employer, and GENERAL ACCIDENT, FIRE AND LIFE ASSURANCE CORPORATION, LTD., Insurance Carrier, Appellants.— Award reversed and claim dismissed, on the authority of *Matter of Doey* v. *Howland Co.* (224 N. Y. 30) and *Hassen* v. *Elm Coal Co.* (184 App. Div. 715). All concur.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law Made by EUFENIA B. SALERNO, as Widow of JAMES SALERNO, Deceased, Respondent, v. LANE CONSTRUCTION COMPANY, Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

LOTTIE MUNCIL, as Administratrix, etc., of SAMUEL P. MARTIN, Deceased, Respondent, v. DIRECTOR GENERAL OF RAILROADS, Appellant.— Judgment and order unanimously affirmed, with costs.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law to the Dependents of MICHAEL BARATH, Deceased, Respondents, v. ARNOLD PAINT COMPANY, Employer, and STANDARD ACCIDENT INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed. [See 185 App. Div. 920.]

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by MEYER SLUTZKY, Alleged Dependent Father; DOROTHY SLUTZKY, Dependent Mother, and by the Dependent Sister and Dependent Brother of WILLIAM SLUTZKY, Respondents, on Account of the Death of WILLIAM SLUTZKY, Deceased, v. LUDWIG BAUMANN & COMPANY, Employer, and STANDARD ACCIDENT INSURANCE COMPANY OF DETROIT, MICHIGAN, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law Made by JAMES MAGLIOLA, Respondent, v. HURON STEVEDORING CORPORATION, Employer and Self-Insurer, Appellant.— Award unanimously affirmed.